```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 00185
   LATONYIA N BROWN
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-0885


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/06/08 and confirmed on 04/30/08.

     2.  The case was dismissed after confirmation, 10/31/2008.

     3.  The Debtor paid a total of $   3550.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE FINANCIAL    MORTGAGE ARRE    35518.52            .00         384.60
CLUBLANDS OF JOLIET      SECURED            522.71            .00          90.00
D & E FINANCE INC        UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED           .00            .00
THE CHICAGO DEPT OF REVE UNSECURED        NOT FILED           .00            .00
D & E FINANCE INC        UNSECURED        NOT FILED           .00            .00
ER SOLUTIONS INC         UNSECURED        NOT FILED           .00            .00
HARVARD COLLECTION SERVI UNSECURED        NOT FILED           .00            .00
MIDLAND CREDIT MGMT      UNSECURED        NOT FILED           .00            .00
MRSI                     UNSECURED        NOT FILED           .00            .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY   UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED 36041.23        .00         .00         .00      36041.23
PRINCIPAL PAID       474.60        .00         .00         .00        474.60
INTEREST PAID           .00        .00         .00         .00           .00
TOTAL PAID           474.60        .00         .00         .00        474.60
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00
and was paid $    630.50  direct and $    2869.50  through the plan.

The Trustee received $    205.90 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 01/14/09                    /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
        CASE NO. 08 B 00185 LATONYIA N BROWN
```